Certificate Number: 14912-ILN-DE-038684839

Bankruptcy Case Number: 21-13780



14912-ILN-DE-038684839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2024, at 6:17 o'clock AM EDT, Mary Claire Bitter completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  July 20, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor